# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2009

Marilyn Kelly,
Chief Justice

139198

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

TROY CURTIS SKINNER,
      Plaintiff-Appellee,

v

SC: 139198
COA: 290281
Genesee CC: 08-088086-NO

QUICK-SAV FOOD STORES, LTD.,
      Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the May 27, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2009

_____
Clerk